Daniel E. Knowlton, Appellant, v. The State of New York, Respondent. (Claim No. 18533.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Edwin J. Kreinheder, Respondent, v. Otto Oetinger, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, ' Edgcomb and Crosby, JJ.

John A. Fitzpatrick, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

City Bank Trust Company of Syracuse, N. Y., and Another, as Executors, etc., of Willard C. Lipe, Deceased, Respondents, v. Homer P. Marsh and Another, Appellants.— Judgment affirmed, with costs. All concur, except Thompson, J., who dissents and votes for reversal on the law and facts. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Charles Furman and Another, Respondents, v. Village of Newport, Appellant.— Judgment and order reversed on the facts, and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict of the jury in finding that the premises described in the complaint were not included in the description in the deeds from Perry to the village is against the weight of the evidence. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Elizabeth P. Schleit, Respondent, v. Willis A. Schleit, Appellant.— Order modified and as modified affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Application of George C. Bewley, Respondent, for an Order of Mandamus against City of Lockport and Others, Respondents, and John J. Kenney and Others, Appellants.— Order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.